BRIAN E. HOLTHUS (Nevada Bar No. 2720)
CHARLES T. COOK (Nevada Bar No. 1516)
JOLLEY URGA WIRTH WOODBURY
 & STANDISH
3800 Howard Hughes Pkwy., 16th Floor
Las Vegas, Nevada 89169
Telephone: (702) 699-7500
Facsimile: (702) 699-7555
Email: beh@juww.com
ctc@juww.com
- and –
DUANE M. GECK (CA Bar No. 114823)
DONALD H. CRAM (CA Bar No. 160004)
ELEANOR M. ROMAN (CA Bar No. 178736)
SEVERSON & WERSON
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Email: dmg@severson.com
dhc@severson.com
emr@severson.com
(ADMITTED *PRO HAC VICE*)

Attorneys for Plaintiff
ALLY FINANCIAL INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLY FINANCIAL INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>HERBERT L. BOSCH, JR., Individually and as Trustee of the Bosch Family Trust dated December 16, 1994; LEE A. BOSCH, Individually and as Successor Trustee of the Bosch Family Trust dated December 16, 1994; BOSCH MOTORS, INC., a Nevada corporation; Mary Lou Bosch, Individually; Susan R. Bosch, Individually,<br><br>　　　　　Defendants. | Case No. 3:10-CV-00677<br><br>**ORDER DISMISSING DEFENDANTS MARY LOU BOSCH AND SUSAN R. BOSCH**<br><br>Chief Judge Robert C. Jones |

19001.0043/3149598.1                                                                                 3:10-CV-00677
                                                                                                  PROPOSED ORDER

The Motion of Plaintiff, ALLY FINANCIAL INC. ("Ally"), for an order dismissing this action against defendants Mary Lou Bosch and Susan R. Bosch pursuant to Federal Rule of Civil Procedure Section 41(a)(2) came on for hearing before the Chief Judge Robert C. Jones, United States District Court Judge for the District of Nevada. Ally's motion for dismissal is made under Rule 41(a)(2) because Mary Lou Bosch and Susan R. Bosch appeared in this action by the Answer filed on behalf of all of the above named Defendants. [Dkt. No. 23, Answer.]

The Court, having reviewed Ally's Motion, the Memorandum of Points and Authorities, and the Request for Judicial Notice ("RJN") finds that dismissal of Mary Lou Bosch and Susan R. Bosch is proper. Mary Lou Bosch is deceased. [Dkt. No. 23, Answer, p.2, ¶6.] Susan R. Bosch filed for protection under Chapter 7 of the Title 11 of the United States Code. [Dkt. No. 67.] Susan R. Bosch obtained a discharge under Section 727 of Bankruptcy Code from the United States Bankruptcy Court, District of Nevada and her Chapter 7 bankruptcy case is closed. (RJN, ¶¶9-10, Exs. 9-10.)

Based upon the foregoing, defendants Mary Lou Bosch and Susan R. Bosch are hereby dismissed from this action.

IT IS SO ORDERED.

Dated this 26th day of June, 2014.

_____
Chief Judge Robert C. Jones
United States District Court Judge

19001.0043/3149598.1                1                              3:10-CV-00677
                                                                   PROPOSED ORDER